IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                              NO:   4:06 cr 00051 WRW

JAMES LAYNE GRAY, JR.                                       DEFENDANT

ORDER

On July 27, 2006, the Court convened for hearing on the issue of bond pending trial.

The Government moved in open court, pursuant to 18 U.S.C. §§ 4241 and 4242, for a determination of the Defendant's competency to stand trial, and at the time of the alleged offense. The Defendant having given notice of an intention to rely on the defense of insanity, it is therefore ordered:

(1) That, pursuant to 18 U.S.C. § 4247(b) and (c), Defendant Gray is hereby committed to the custody of the Attorney General or his authorized representative for a period not to exceed thirty (30) days for a psychiatric examination pursuant to § 4241 and for a period not to exceed forty-five (45)[1] days for a psychiatric examination pursuant to 18 U.S.C. § 4242 for a determination of the defendant's mental competency.

(2)  That, pursuant to 18 U.S.C. § 4247(c), the facility conducting such examination shall file a report of same with this Court with copies to counsel for the Defendant and the attorney for

---

[1]The examination period herein shall commence on the date of arrival of the defendant at the assigned Federal medical facility.

1

the government.

(3)  That the Defendant remain in custody of the United States Marshal or his designated representative and be transported to the facility as soon as possible.

(4)  That any delay in commencing the trial of this case occasioned by the examination ordered herein shall be excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161(h)(1)(A).

(5) The United States Probation/Pretrial Office is ordered to forward copies of their interview notes, defendant's medical records and any other documents in their possession which are necessary for the completion of the above ordered psychiatric examination to the appropriate Federal medical facility.

IT IS SO ORDERED this 27th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE