IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                      4:06CR00051-01-WRW

JAMES LAYNE GRAY, JR.

### AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of six (6) months at a designated Bureau of Prisons correctional facility. The defendant is to participate in mental health counseling and nonresidential substance abuse treatment during incarceration. A term of supervised release of one (1) year is imposed with the following special conditions: The first six (6) months of supervised release is to be served at the City of Faith in Little Rock, Arkansas. The defendant shall participate under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office. The $100 Special Assessment is mandatory and reimposed.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 31st day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Gray.wpd