IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                              4:06CR00051-01-WRW

JAMES LAYNE GRAY, JR.

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 24 months at a designated Bureau of Prisons correctional facility. The defendant is to participate in mental health counseling and nonresidential substance abuse treatment during incarceration. No supervised release will follow incarceration. The $100 Special Assessment is mandatory and reimposed.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 1st day of April, 2010.

                                            /s/Wm. R. Wilson, Jr.
                                          UNITED STATES DISTRICT JUDGE

supvrl.2.Gray.wpd